**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 238 EAL 2018

                  Respondent   :

  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court
          v.   :

  :

ANDRE GOFF,   :

  :

                 Petitioner   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 3rd day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.